# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

United States of America    :    Docket Number: 3:06-Cr-161 (EBB)

v.

Dennis Bozzuto    :    December 22, 2006

### WAIVER OF PROVISIONS OF SPEEDY TRIAL ACT

The defendant, Dennis Bozzuto, individually and through counsel hereby waives his rights pursuant to the Speedy Trial Act, 18 U.S.C. 3161 et seq. and local rule 50(b) plan for prompt disposition of criminal cases. This waiver extends up to and including June 1, 2007 and is being submitted in conjunction with defendant's request for a continuance of sentencing hearing.

_12-22-06_
Dated

Dennis Bozzuto

Personally appeared before me Dennis Bozzuto who acknowledges the execution of the foregoing as his free act and deed.

Robert M. Casale
Comm. Of the Superior Court
Fed. Bar #: CT 00156

2