UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 3:06cr161(EBB) |
| v. | : | |
| **DAVID BOZZUTO** | : | April 1, 2008 |

## NOTICE OF MANUAL FILING

Please take notice that the United States of America has electronically filed its Government's Sentencing Memorandum and manually filed Attachment A, which is an audio cd.

This Notice of Manual Filing has been electronically served on all parties through the court's electronic filing system. The attachment has been manually served on all parties by mail on April 1, 2008.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    RAYMOND F. MILLER
    ASSISTANT UNITED STATES ATTORNEY
    Federal Bar No. CT20451
    157 Church Street, 23rd Floor
    New Haven, CT 06510
    Tel.: (203) 821-3825

**CERTIFICATION**

I hereby certify that on April 1, 2008 the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
RAYMOND F. MILLER
ASSISTANT UNITED STATES ATTORNEY